GEORGE W. WOODBURY *vs.* ISAAC WINESTINE ET UX.

Third Judicial District.

Submitted on briefs June 7th—decided July 30th, 1906.

ACTION for damages for breach of contract to sell certain merchandise, brought to the District Court of Waterbury and tried to the jury before *Cowell, J. ;* verdict and judgment for the plaintiff for $500, and appeal by the defendants. *No error.*

*Robert A. Lowe, Theodore E. Rogers, Luc'en F. Burpee* and *Terrence F. Carmody,* for the appellants (defendants).

*Frederick M. Peasley*, for the appellee (plaintiff).

Opinion filed with the clerk of the District Court of Waterbury.